# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher Keith Brownstead,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        3:11cv555

Donnie Hoover and Donald Vicini,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/2/12 Order.

Signed: February 2, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court